tion by Anson E. Fletcher against Bruce O. Johnson. No opinion. Motion granted, and stay continued until the hearing and determination of the appeal, upon condition that the appeal be argued at the opening of January, 1912, term.

FLICK, Appellant, v. BECKER, Respondent. (Supreme Court, Appellate Division, Second Department. October 27, 1911.) Action by George Flick against Solomon Becker.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, unless within 10 days after entry of the order herein respondent stipulate to increase the amount of the recovery by a sum equal to the interest on $126 to the date of the judgment and the costs in the Municipal Court, in which case the judgment, as modified, is affirmed, without costs.

PLIMPTON. Respondent, v. MEADER, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Albert Plimpton against John F. Meader. S. G. Coller, tor appellant. H. M. Hewson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FLYNN et al., Respondents, v. JUDGE, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Mary C. Flynn and others against John C. Judge. No opinion. Order affirmed, with $10 costs and disbursements.

FOLZ, Respondent, v. FOLZ, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Viola Folz against William H. Folz. F. P. Foster, for appellant. F. J. Ryan, for respondent. No opinion. Order modified, by reducing counsel fee to $150, and, as so modified, affirmed, without costs. Order filed.

FOLZ v. LOWENSTEIN et al. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by Solomon Folz against Bernard Lowenstein and others. M. S. Guiterman, for appellant. L. Marshall, for respondents. No opinion. Order affirmed, with costs. Order filed.

In re FORTY-SECOND ST., M. & ST. N. AVE. RY. CO. (Supreme Court, Appellate Division, First Department. October 20, 1911.) In the matter of the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railway Company. No opinion. Report of commissioners confirmed. Settle order on notice.

FOSTER, Appellant, v. WAIT, Respondent (two cases). (Supreme Court, Appellate Division, First Department. October 13, 1911.) Actions by George H. D. Foster against John C Wait. W. L. Ball, for appellant. C. A. Winter, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

In re FOURTEENTH AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) In the matter of the application of the City of New York relative to acquiring title to Fourteenth Avenue, from West Street to Sixty-Fifth Street, etc., Borough of Brooklyn, City of New York. No opinion. Motion granted, without costs.

In re FOX. (Supreme Court, Appellate Division, First Department. October 13, 1911.) In the matter of Irving C. Fox, an attorney. No opinion. Reference ordered. Settle order on notice.

FRASER et al. v. BROWN et al. (Supreme Court, Appellate Division, Fourth Department. September 27, 1911.) In the matter of the application of Peter W. Fraser and another for an order directing the issuance of a writ of mandamus against the board of inspectors of election for the Second election district of the town of Rutland, Jefferson county, N. Y.

PER CURIAM. Order affirmed, and the writ refused, with costs to respondents, on a question of law only, on the ground that the application was prematurely made.

McLENNAN, P. J., dissents, upon the ground that section 159 of the election law (Consol. Laws, c. 17), as amended by chapter 649 of the Laws of 1911, is violative of article 2, § 4, of the state Constitution, and that, all the inspectors having declared unequivocally in advance of their convening as a board that they would refuse to register the appellants on the first registration day unless they appeared personally before the board, this remedy is proper. Reversed in 96 N. E. 365.

In re FREEDMAN. (Supreme Court, Appellate Division, First Department. October 27, 1911.) In the matter of Jacob S. Freedman, an attorney. No opinion. Motion granted. Settle order on notice. See, also, 128 N. Y. Supp. 1123.

FRENCH, Respondent, v. FAGAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by Louise S. French against Richard A. Fagan and others. No opinion. Judgment affirmed, with costs.

FRENCHE, Appellant, v. INTERNATIONAL PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. Sep-